IN THE MATTER OF DEBBIE DOWELL

No. 7217DC714

(Filed 20 December 1972)

**Infants § 10— delinquent child — violation of probation condition that she attend school**

The evidence was sufficient to support the court's determination that respondent was a delinquent child in that she had violated the conditions of her probation by failing to attend school.

APPEAL by respondent from *Harris, District Judge,* 19 July 1972 Session of District Court held in SURRY County.

On 21 April 1972, after notice and hearing, an order was entered which adjudged and decreed that respondent was an undisciplined child. The adjudication was based on findings that the juvenile, a female, stayed out of school for a great portion of time for many months and that she misled her mother as to her school attendance. Respondent was placed on probation under the supervision of the school attendance officer subject to the condition that she attend school every day that she was physically able to attend. No exceptions were taken to this order.

On 19 July 1972, Judge Harris signed an order wherein he adjudged respondent to be a delinquent child in that she had violated the conditions of her probation by failing to attend school. She was ordered to be committed to the custody of the "Board of Youth Development." The order was entered after a hearing at which respondent was represented by court appointed counsel. The court's findings were based on evidence which tended to show that respondent had failed to attend school for a single day after the signing of the order of 21 April 1972, that she was, on several occasions, observed in downtown Mount Airy during school hours and that she was observed out at extremely late hours for a girl of her age.

*Attorney General Robert Morgan by R. S. Weathers, Assistant Attorney General, for the State.*

*Carl E. Bell for defendant appellant.*

VAUGHN, Judge.

Respondent contends that the court erred in its finding of facts and entry of the order. We hold that the evidence was

sufficient to support the court's findings that respondent violated the terms of her probation. A "Delinquent Child" includes any child who has violated the condition of probation. G.S. 7A-278(2). The order from which respondent appealed is affirmed.

Affirmed.

Judges HEDRICK and GRAHAM concur.